IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM JAMES ACKERMAN,  :
      Plaintiff  :
v.  : Case No. 3:20-cv-251-KAP
COMMONWEALTH OF PENNSYLVANIA, :
      Defendant  :

## Order

On December 8, 2020, plaintiff lodged a civil rights complaint in the Middle District of Pennsylvania without the filing fee or a motion to proceed *in forma pauperis*. Because the complaint described events in Blair County (in this district), that court sent the matter here.

The Clerk shall mark this matter administratively closed (that is not a dismissal) until plaintiff pays the filing fee or files a motion to proceed *in forma pauperis*. The matter will then be ordered served or other action taken as appropriate. Failure to arrange to pay the filing fee within a reasonable time will result in the dismissal of the case for failure to prosecute.

In accordance with the case management system in place in this district, this case has been preliminarily assigned to me. With the arrangements to pay the filing fee, plaintiff shall complete an election form (enclosed) either consenting to jurisdiction by a Magistrate Judge with appeal to the Court of Appeals or electing to have a District Judge assigned to the case (with reference to a Magistrate Judge and appeal to a District Judge and then to the Court of Appeals) and shall file the form with the Clerk.

DATE: 16 December 2020

Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

William James Ackerman
2681 Waddington Avenue
Pittsburgh, PA 15226